UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

BRUCE BENDEL,

Plaintiff,

v.

TECHIES.COM INC.,

Defendant.

Civil No. 01-1663 RHK/AJB

ORDER

---

The Court has received and considered the Parties' Joint Stipulation to Modification of Scheduling Order and Order. The Court having considered the same hereby amends the Pretrial Scheduling Order previously entered as follows:

1. Non-expert discovery shall be completed in full on or before July 15, 2002.

2. All other deadlines, directions and limitations contained in the Court's February 5, 2002 Scheduling Order shall remain in effect.

Dated: 6/28/02

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The parties likewise stipulated and requested that the Court change the deadline

Filed JUN 28 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

for dispositive motions. The Court has considered that and has declined to do so since it may in fact have an impact on the trial readiness deadline.

AJB