UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

BRUCE BENDEL,

Plaintiff,

v.

TECHIES.COM INC.,

Defendant.

Civil No. 01-1663 RHK/AJB

ORDER

---

A settlement conference in the above captioned matter will be held on **September 20, 2002, at 9:00 a.m.**, in Room 638, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge. Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present.

Counsel shall meet and confer in person on or before September 18, 2002, to discuss settlement.

Dated: August 27, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed AUG 27 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______